FILED

2021 NOV 16 PM 1:02

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO ARMANDO MIMMO

CASE NO.

18 U.S.C. § 1040

2:21-cr-106-TPB-NPM

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

On or about September 15, 2017, in the Middle District of Florida, and elsewhere, the defendant,

ROBERTO ARMANDO MIMMO

knowingly made a materially false, fictitious, and fraudulent statement and representation and made and used a false writing and document knowing the same to contain a materially false, fictitious, and fraudulent statement and representation, in any matter involving any benefit authorized, transported, transmitted, transferred, disbursed, and paid, said benefit being a record, voucher, payment, money, and thing of value of the United States and of the Federal Emergency Management Agency ("FEMA"), a department and agency of the United States, in connection with the Presidential Disaster Declaration for the State of Florida (FEMA-4337-DR), effective September 4,

2017, a disaster declaration made under the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. *et. seq.*, in that the defendant knowingly and fraudulently applied for FEMA assistance pertaining to damage to a houseboat located at 18600 San Carlos Blvd, #1, Fort Myers Beach, Florida, and in relation to that application, claimed that said houseboat at 18600 San Carlos Blvd, #1, was his primary residence, that he was living in the houseboat at the time of the disaster, and that damage to the houseboat was caused by the disaster, when in fact, 18600 San Carlos Blvd, #1, Fort Myers Beach, Florida was not his primary residence, he was not living there at the time of the disaster, and damage to the houseboat was not caused by the disaster.

In violation of 18 U.S.C. § 1040(a)(2) and (b)(3).

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
Trenton J. Reichling
Assistant United States Attorney

By: *[signature]*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division